**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**PATRICIA KENNEDY, Individually,**

        **Plaintiff,**

**v.**

**CARLTON MIDWAY CORP. d/b/a**
**CARLTON INN MIDWAY, an Illinois**
**Corporation,**

        **Defendant.**

_____

Case No.: 1:20-cv-02332

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Patricia Kennedy, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 8, 2020.

Respectfully submitted,

Attorney for Plaintiff:

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.

7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
