**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Patricia Kennedy

                Plaintiff,

v.                                               Case No.: 1:20–cv–02332

                                                        Honorable Martha M. Pacold

Carlton Midway Corp

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 15, 2020:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Settlement of Claim [16] filed by the parties on 9/8/2020, the Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 10/15/2020. The joint initial status report filing date of 10/15/2020 is stricken unless the parties are unable to finalize their settlement.Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.